# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 10 EAL 2019
:
               Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
FERNANDO NUNEZ, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.